UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY TYRONE McLEAN, )
)
　　　　　Plaintiff, )
)
v. ) **JUDGMENT**
)
MICHAEL J. ASTRUE, ) No. 5:11-CV-14-FL
Commissioner of Social Security, )
)
　　　　　Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendations entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 3, 2012, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld and this matter is dismissed.

**This Judgment Filed and Entered on February 6, 2012, and Copies To:**

Eskunder R.T. Boyd (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)
Anthony Tyrone McLean (via U.S. Mail) 312 West E. Street, Erwin, NC 28339


February 6, 2012　　　　　　　　　DENNIS P. IAVARONE, CLERK
　　　　　　　　　　　　　　　　　　/s/ Christa N. Baker
　　　　　　　　　　　　　　　　　(By) Christa N. Baker, Deputy Clerk